**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
ANTHONY PATEK (State Bar No. 228964)
KRISTEN SIMPLICIO (State Bar No. 263291)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
anthony@gutridesafier.com
kristen@gutridesafier.com

**THE EUREKA LAW FIRM**
UREKA E. IDSTROM (*pro hac vice*)
5605 Belinder Road
Fairway, KS 66205
Telephone: (816) 665-3515
uidstrom@eurekalaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER ZIZUMBO, CHANDRA ZUNDEL, and ADRIANNE ORDAZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:18-cv-07213-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE MOTION TO STRIKE CLASS ALLEGATIONS** AS MODIFIED |

Pursuant to Civil Local Rule 6-2(b), Plaintiffs Jennifer Zizumbo, Chandra Zundel, and Adrianne Ordaz ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Unilever United States, Inc. ("Unilever"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS on December 4, 2018, the parties entered a stipulation, whereby Unilever would file its responsive pleadings to the complaint by December 17, 2018 and Plaintiffs would file their opposition by January 4, 2019 (ECF No. 9);

WHEREAS Unilever filed a Motion to Dismiss the Complaint and Motion to Strike Class Allegations and a Request for Judicial Notice on December 17, 2018 (ECF Nos. 15-17), and noticed the hearing for March 22, 2019, the earliest date on which both this Court and Unilever's counsel would be available;

WHEREAS, Plaintiffs' counsel desires additional time to complete their opposition brief due to the holidays;

WHEREAS, the parties have agreed that Plaintiffs' time to respond to the Motion to Dismiss the Complaint and Motion to Strike Class Allegations and Request for Judicial Notice shall be extended from January 4, 2019 to January 11, 2019, and Defendants' reply shall be due on January 25, 2019;

WHEREAS the extension will not alter the date of the hearing or deadline;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that pursuant to Local Rule 6-1(a), Plaintiffs' time to respond to Unilever's Motion to Dismiss the Complaint and Motion to Strike Class Allegations and Request for Judicial Notice shall be extended from January 4, 2019 to January 11, 2019, and Defendants' reply shall be due on January 25, 2019.

| | | |
|---|---|---|
| Dated: December 19, 2018 | | GUTRIDE & SAFIER LLP |

By: _____
KRISTEN SIMPLICIO

Attorneys for Plaintiffs

Dated: December 19, 2018                     MORRISON & FOERSTER LLP

By: _____
CLAUDIA M. VETESI

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

**~~PROPOSED~~ ORDER**

Pursuant to Civil Local Rule 6-2(b), and **GOOD CAUSE APPEARING THEREFOR**, it is therefore ORDERED that:

Plaintiffs' time to respond to Unilever's Motion to Dismiss the Complaint and Motion to Strike Class Allegations and Request for Judicial Notice shall be extended from January 4, 2019 to January 11, 2019, and Defendants' reply shall be due on January 25, 2019. The hearing shall be set on May 3, 2019 at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: December 20, 2019

_/s/ Jeffrey S. White_
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF COMPLIANCE**

I, Kristen Simplicio, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Claudia M. Vetesi concurred in this filing.

*/s/ Kristen Simplicio*